IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KENNETH A. WHITE,**

**Plaintiff,**

v.                  Civil Action No. 1:15-CV-140- IMK-JSK

**RCS RECOVERY SERVICES LLC, FIA
CARD SERVICES, WELLS FARGO BANK,
AND LORAIN NATIONAL BANK,**

**Defendants.**

## ORDER

On September 15, 2015, the Court filed an order as to Defendants' Joint Motion to Stay Case and Suspend Briefing Deadlines On Future Motions Until After Resolution of Pending Motions (Docket No. 27). The Court granted Defendants' joint motion and stayed the case. (Docket No. 33.) This motion was filed prematurely.

As such, the order is hereby **LIFTED**. Plaintiff, Kenneth A. White, is to be given ten (10) days from the date of service to respond to the motion at which point it will be reconsidered by this Court. If Plaintiff fails to file his response within ten days, the order (Docket No. 33) is to be reinstated. During this period, all other terms of the order remain in effect. No party is to file any new motions or discovery requests.

The Clerk of the Court is directed to provide a copy of this Order and Opinion to counsel of record and send a copy to the pro se Plaintiff by certified mail, return receipt requested. The Clerk of Court is also ordered to place Docket No. 27 back on the docket, as a motion pending before the court. Should Plaintiff not file within ten days of service, Docket No. 27 shall be removed from the docket as a motion pending before the court.

It is so **ORDERED.**

DATED: September, 24 2015

JOHN S. KAULL
UNTITED STATES MAGISTRATE JUDGE